

United States District Court
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  STEPHEN B. TURNER,                           No.  CV 12-06516 EDL

9              Plaintiff,                        **ORDER**

10     v.

11  HOWARD JORDAN,

12              Defendant.
                                    /
13

14  GOOD CAUSE APPEARING THEREFOR,

15         IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the **San**

16  **Francisco  division** for all further proceedings. Counsel are instructed that all future filings shall

17  bear the **initials CRB** immediately after the case number. All dates presently scheduled are vacated

18  and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19  Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

20  has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

21  the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

22

23                                      FOR THE EXECUTIVE COMMITTEE:

24

25  Dated:  December 26, 2012

26  rev 4-12                            Richard W. Wieking
                                        Clerk of Court
27

28