IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>HOWARD JORDAN ET AL.,<br><br>    Defendants.<br>_____/ | No. C 12-06516 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiff Stephen Turner has failed to file an amended complaint in response to this Court's January 4, 2013 order dismissing the case with leave to amend within thirty days. See Dkt. 8. That order warned Plaintiff that "[f]ailure to do so may result in dismissal of Plaintiff's case with prejudice." Accordingly, this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 26, 2013

                                       CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\6516\order dismissing case 41b.wpd