IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

HOWARD JORDAN ET AL.,

    Defendants.

No. C 12-06516 CRB

**JUDGMENT**

The Court, having dismissed this case for lack of prosecution, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 26, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\6516\judgment.wpd